FILED

2003 NOV -5 P 4: 34

US DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

========================================

| | |
|---|---|
| THE HARTFORD COURANT COMPANY, X | Civil Action |
| X | No. 3:03CV0313 (GLG) |
| Plaintiff X | |
| V. X | |
| X | |
| JOSEPH PELLEGRINO, X | |
| CHIEF COURT ADMINISTRATOR, X | |
| X | |
| Defendant. X | |
| X | NOVEMBER 5, 2003 |

========================================

## ENTRY OF APPEARANCE

Please enter the Appearance of the undersigned, Anthony M. Fitzgerald, on behalf of the defendant, JOSEPH PELLEGRINO, CHIEF COURT ADMINISTRATOR.

Respectfully Submitted,

_____
Anthony M. Fitzgerald
Federal Bar # ct 04167
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Phone: (203) 777-5501
Fax: (203) 784-3199
E-mail: Afitzgerald@carmodylaw.com

CARMODY & TORRANCE LLP      195 Church Street
Attorneys at Law                      Post Office Box 1950
{N0707914}                              New Haven, CT 06509-1950
                                              Telephone: 203 777-5501

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Entry of Appearance has been served on the following counsel of record by first class mail, postage prepaid this 5th day of November, 2003.

Ralph G. Elliot, Esq.
Paul Guggina, Esq.
Tyler Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT  06103-3488
Phone:  860 725-6200
Fax:  869 278-3802
Email:  elliot@tylercooper.com
          pguggina@tylercooper.com

*Counsel for Plaintiff,*
  *Hartford Courant Co*

Daniel J. Klau, Esq.
Jodi Lynn Zils Gagne
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT  06103-4302
Phone:  860 522-5175
Fax:  860 522-2796
Email: dklau@pepehazard.com
          jgagne@pepehazard.com

*Counsel for Plaintiff / Intervenor Plaintiff,*
  *American Lawyer Media, Inc.*

_____
Anthony M. Fitzgerald

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
{N0707914}                New Haven, CT 06509-1950    2
                          Telephone: 203 777-5501