FILED

Nov 13  1 57 PM '03

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
US DISTRICT COURT
NEW HAVEN, CONN.

===========================================
| | X | |
|---|---|---|
| THE HARTFORD COURANT COMPANY, | X | Civil Action |
| | X | No. 3:03CV0313 (GLG) |
| Plaintiff | X | |
| V. | X | |
| | X | |
| JOSEPH PELLEGRINO, | X | |
| CHIEF COURT ADMINISTRATOR, | X | |
| | X | |
| Defendant. | X | |
| | X | NOVEMBER 12, 2003 |
===========================================

### MOTION TO WITHDRAW

Pursuant to Local Rule 15, JAMES K. ROBERTSON hereby seeks to withdraw his appearance on behalf of the defendant, JOSEPH PELLEGRINO, CHIEF COURT ADMINISTRATOR. Maureen Danehy Cox and Anthony F. Fitzgerald continue to represent the defendant on this matter. The undersigned represents that the defendant has received actual notice of this Motion to Withdraw.

James K. Robertson
Federal Bar # ct05301
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jrobertson@carmodylaw.com

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on the following counsel of record by first class mail, postage prepaid this 12th day of November, 2003.

Ralph G. Elliot, Esq.
Paul Guggina, Esq.
Tyler Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103-3488
Phone: 860 725-6200
Fax: 869 278-3802
Email: relliot@tylercooper.com


Daniel J. Klau, Esq.
Jodi Zils Gagné
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Phone: 860 522-5175
Fax: 860 522-2796
Email: dklau@pepehazard.com

_____
James K. Robertson

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

2