UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE HARTFORD COURANT CO
            Plaintiff
AMERICAN LAWYER MEDIA, INC.
d/b/a THE CONNECTICUT LAW TRIBUNE
            Intervening Plaintiff

  -vs-                                          Civil No. 3:03CV313(GLG)

JOSEPH PELLEGRINO,
Chief Court Administrator and
WILLIAM J. SULLIVAN, Chief Justice
            Defendants

JUDGMENT

This action came on for consideration on defendants' motions to dismiss before the Honorable Gerard L. Goettel, Senior United States District Judge.   On November 10, 2003, a Ruling on Motions to Dismiss entered granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the complaint is dismissed.

Dated at New Haven, Connecticut, this 18th day of November, 2003.

KEVIN F. ROWE, CLERK

By

Lori Inferrera
Deputy-in-Charge

EOD: _____