FILED

Nov 13  1 57 PM '03

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**  NEW HAVEN, CONN.

Motion GRANTED
Gerard L. Goettel, USDJ
Nov. 17, 2003

| | |
|---|---|
| THE HARTFORD COURANT COMPANY, | Civil Action |
| Plaintiff | No. 3:03CV0313 (GLG) |
| V. | |
| JOSEPH PELLEGRINO, CHIEF COURT ADMINISTRATOR, | |
| Defendant. | NOVEMBER 12, 2003 |

FILED  Nov 13  1 21 PM '03

## MOTION TO WITHDRAW

Pursuant to Local Rule 15, JAMES K. ROBERTSON hereby seeks to withdraw his appearance on behalf of the defendant, JOSEPH PELLEGRINO, CHIEF COURT ADMINISTRATOR. Maureen Danehy Cox and Anthony F. Fitzgerald continue to represent the defendant on this matter. The undersigned represents that the defendant has received actual notice of this Motion to Withdraw.

James K. Robertson
Federal Bar # ct05301
Carmody & Torrance
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jrobertson@carmodylaw.com

CARMODY & TORRANCE LLP
{W0740?4}t Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200