UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY, | : |
| | : |
| Plaintiff, | : |
| | : |
| AMERICAN LAWYER MEDIA, INC. d/b/a THE CONNECTICUT LAW TRIBUNE | : CIVIL ACTION NO. 3:03CV 0313 (GLG) |
| | : |
| Intervening plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOSEPH PELLEGRINO, CHIEF COURT ADMINISTRATOR and WILLIAM J. SULLIVAN, CHIEF JUSTICE | : |
| | : |
| Defendants. | : NOVEMBER 19, 2003 |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiff, The Hartford Courant Company, and the Intervening plaintiff, American Lawyer Media, Inc., d/b/a The Connecticut Law Tribune, appeal to the United States Court of Appeals for the Second Circuit from the order granting the Defendants' motions to dismiss entered in this action on the 10th day of November, 2003, and the final judgment entered on the 18th day of November, 2003.

PLAINTIFF
THE HARTFORD COURANT
COMPANY

By  *[signature]*
Ralph G. Elliot,
Federal Bar No. ct04242
Tyler Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT  06103-3488
Tel. (860) 725-6200
Fax: (860) 278-3802
clark@tylercooper.com


INTERVENING PLAINTIFF
AMERICAN LAWYER MEDIA, INC.

By  *[signature]*
Daniel J. Klau
Federal Bar No. Ct17957
Jodi Zils Gagné
Federal Bar No. Ct24376
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT  06103-
Tel. (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com
jgagne@pephazard.com

2

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 19th day of November, 2003, to:

**COUNSEL FOR DEFENDANTS JOSEPH PELLIGRINO AND WILLIAM SULLIVAN**
Anthony M. Fitzgerald
Maureen Danahey Cox
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110

By _____
Daniel J. Klau
Federal Bar No. Ct17957

3