UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY, | : |
| Plaintiff, | : |
| AMERICAN LAWYER MEDIA, INC. d/b/a THE CONNECTICUT LAW TRIBUNE | : CIVIL ACTION NO. 3:03 CV 0313 (GLG)<br>: USCA No. 03-9141 |
| Intervening plaintiff, | : |
| v. | : |
| JOSEPH PELLEGRINO, CHIEF COURT ADMINISTRATOR and WILLIAM J. SULLIVAN, CHIEF | : <br>: <br>: JANUARY 7, 2004 |

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND VOLUMES OF ORIGINAL RECORD.

DATE: 1/23/04

Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

## INDEX TO THE RECORD ON APPEAL
### (FILED ON BEHALF OF ALL PLAINTIFFS)

| DATE FILED | CT DOC. NO. | DOCUMENT NAME | DOC NO. |
|---|---|---|---|
| 02/21/2003 | 1 | Complaint | 1 |
| 02/21/2003 | 2 | Order | 2 |
| 04/15/2003 | 10 | Motion by Joseph Pellegrino | 3 |
| 04/15/2003 | 11 | Memorandum by Joseph Pellegrino | 4 |
| 05/05/2003 | 14 | Objections by Hartford Courant | 5 |
| 05/15/2003 | 16 | Motion to Intervene by American Lawyer | 6 |
| 05/29/2003 | 17 | Motion to Intervene as Plaintiff by American Lawyer | 7 |
| 05/30/2003 | - | Endorsement granting Motion to Intervene | 8 |
| 05/30/2003 | 18 | Intervenor's Complaint | 9 |

/32401/2/657572v1
01/08/04-HRT/

| 06/02/2003 | 19 | Reply to Motion to Dismiss | 10 |
| 06/18/2003 | 21 | Intervenor's Complaint by American Lawyer Media | 11 |
| 07/10/2003 | 22 | Motion to Dismiss | 12 |
| 07/21/2003 | 23 | Response by Hartford Courant to Plaintiff's Motion to Dismiss | 13 |
| 07/21/2003 | 24 | Objections to Motion to Dismiss | 14 |
| 07/29/2003 | 25 | Order of Transfer | 15 |
| 08/01/2003 | 26 | Reply by Pellegrino to response to Motion to Dismiss | 16 |
| 08/21/2003 | - | Minute Entry | 17 |
| 09/10/2003 | 29 | Transcript dated 8/21/03 | 18 |
| 11/10/2003 | 31 | Ruling granting Motion to Dismiss | 19 |
| 11/18/2003 | 33 | Judgment in favor of defendants | 20 |
| 11/20/2003 | 35 | Notice of Appeal | 21 |

INTERVENING PLAINTIFF
AMERICAN LAWYER MEDIA, INC.

By [signature]
Daniel J. Klau
Federal Bar No. Ct17957
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-
Tel. (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com

2

/32401/2/657572v1
01/08/04-HRT/

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this ___ day of January, 2004, to:

**COUNSEL FOR DEFENDANTS JOSEPH PELLIGRINO AND WILLIAM SULLIVAN**

Maureen Danahey Cox
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110

By _____
Daniel J. Klau
Federal Bar No. Ct17957

3

/32401/2/657572v1
01/08/04-HRT/