# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

03-CV-313
Judge: Gerard Goettel

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 8th day of June, two thousand four.

Before:    Hon. Thomas J. Meskill,
                Hon. Robert A. Katzmann,
                Hon. Richard C. Wesley,
                        *Circuit Judges*

Docket No. 03-9141

THE HARTFORD COURANT COMPANY,

                Plaintiff-Appellant,

v.

AMERICAN LAWYER MEDIA, INC, d/b/d
THE CONNECTICUT LAW TRIBUNE,

                Intervenor-Plaintiff-Appellant,

v.

JOSEPH H. PELLEGRINO, Chief Court Administrator
and WILLIAM J. SULLIVAN, Chief Justice,

                Defendants-Appellees.

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is VACATED and REMANDED for further proceedings in accordance with the opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____
Arthur M. Heller
Senior Motion Attorney

ISSUED AS MANDATE: 7/2/04