**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

**KEVIN F. ROWE**
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**LORI INFERRERA**
DEPUTY-IN-CHARGE
NEW HAVEN

July 16, 2004

3:03cv313 (MRK) Hartford Courant Co. v American Lawyer Media, Inc.

NOTICE TO COUNSEL

WE HAVE TRANSFERRED THE ABOVE-CAPTIONED CASE FROM THE DOCKET OF THE HONORABLE GERARD L. GOETTEL, SENIOR UNITED STATES DISTRICT JUDGE, TO THE DOCKET OF THE HONORABLE MARK R. KRAVITZ, UNITED STATES DISTRICT JUDGE, WHO SITS IN NEW HAVEN. COUNSEL SHOULD FILE ALL FUTURE FILINGS WITH THE OFFICE OF THE CLERK, 141 CHURCH STREET, NEW HAVEN, CT 06510. THE INITIALS MRK SHOULD APPEAR AFTER THE CASE NUMBER.

BY ORDER OF THE COURT

KEVIN F. ROWE, CLERK