UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
JUL 20  11 30 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

THE HARTFORD COURANT COMPANY, : 
et al., :
 :
          Plaintiff, :    CIVIL NO.   3:03 CV 313 (MRK)
 :
v. :
 :
JOSEPH PELLEGRINO, CHIEF COURT :
ADMINISTRATOR, :
 :
          Defendant. :

### ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to Judge _____ Robert N. Chatigny _____. All further pleadings or documents in this matter should be filed with the Clerk's Office in _Hartford_, and shall bear the docket number 3:03 CV 313 (_RNC_). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7 (a).

Dated at New Haven, Connecticut this 20th day of July 2004.

                                     IT IS SO ORDERED.

                                       Mark R. Kravitz
                                       United States District Judge