UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

===============================x
The Hartford Courant Company          :    Civil Action No.
                                      :    3:03CV 0313 (RNC)
    Plaintiff,                       :
                                      :
American Lawyer Media, Inc.           :
d/b/a The Connecticut Law Tribune     :
                                      :
    Intervening Plaintiff,           :
                                      :
v.                                    :
                                      :
Joseph Pellegrino,                    :
Chief Court Administrator             :
                                      :
    Defendant.                       :    JULY 22, 2004
===============================x

## ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

The defendant, Joseph Pellegrino, Chief Court Administrator, for his answer to the plaintiff's complaint, hereby states:

1. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1, and leaves the plaintiff to its proof.

2. Admitted.

3. This paragraph alleges a legal conclusion and therefore this defendant does not respond.

4. Admits that the article attached as Exhibit A is a copy of an article published in *The Hartford Courant* on February 9, 2003, admits that

"Level 1" and "Level 2" designations were used to enter court orders into the court computer system; and denies knowledge of the truth of the remainder of paragraph 4 and leaves the plaintiff to its proof.

    5.    Denied.

    6.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6, and leaves the plaintiff to its proof.

    7.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7, and leaves the plaintiff to its proof.

    8.    Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8, and leaves the plaintiff to its proof.

    9.    Admits that this defendant and the clerks under his jurisdiction and supervision continue to enforce the orders of the Superior Court judges denying access to certain files and data, and denies knowledge of the remainder of paragraph 9 and leaves the plaintiff to its proof.

    10.    Denied.

CARMODY & TORRANCE LLP  
Attorneys at Law  
{W1309637}  
50 Leavenworth Street  
Post Office Box 1110  
Waterbury, CT 06721-1110  
Telephone: 203 573-1200

2

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim for which relief can be granted. F.R.C.P. 12(b)(6).

### SECOND AFFIRMATIVE DEFENSE

The defendant lacks the legal capacity or authority to provide the relief sought by the complaint.

### THIRD AFFIRMATIVE DEFENSE

The judgments or decisions complained of were made by judges of the Superior Court of the State of Connecticut who were duly authorized to make such orders or decisions.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff's claims are time barred.

### FIFTH AFFIRMATIVE DEFENSE

The court lacks jurisdiction over the subject matter.

THE DEFENDANT,

BY _____
Maureen Danehy Cox
Federal Bar # ct05499
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: mcox@carmodylaw.com

CARMODY & TORRANCE LLP
Attorneys at Law
{W1309637}

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

3

## CERTIFICATION OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on the following counsel of record by first class mail, postage prepaid this 22nd day of July, 2004.

Ralph G. Elliot, Esq.
Paul Guggina, Esq.
Tyler Cooper & Alcorn
CityPlace 1 – 35th Floor
185 Asylum Street
Hartford, CT 06103-3488
Phone: 860 725-6200
Fax: 860 278-3802

Daniel J. Klau, Esq.
Wiggin & Dana LLP
185 Asylum Street
Hartford, CT 06103-3402
Phone: 860 297-3738
Fax: 860 525-9380
Email: dklau@wiggin.com

_____
Maureen Danehy Cox