amend
District of Connecticut/New Haven
03-CV-313

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

Sep Judge Goettel

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 13th day of August, two thousand and four.

Before:    Hon. Thomas J. Meskill,
           Hon. Robert A. Katzmann,
           Hon. Richard C. Wesley,
                    *Circuit Judges*

Docket No. 03-9141

FILED
AUG 13 2004
Roseann B. Mackechnie, CLERK
SECOND CIRCUIT

THE HARTFORD COURANT COMPANY,

   *Plaintiff-Appellant,*

AMERCIAN LAWYER MEDIA, INC. d/b/a
THE CONNECTICUT LAW TRIBUNE,

   *Intervenor-Plaintiff-Appellant,*

v.

JOSEPH H. PELLEGRINO, Chief Court Administrator
and WILLIAM J. SULLIVAN, Chief Justice,

   *Defendants-Appellees.*

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said district court be and it hereby is VACATED, and the case is REMANDED for further proceedings in accordance with the amended opinion of this Court.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
     DEPUTY CLERK

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by _____
   Arthur M. Heller
   Motions Staff Attorney

CERTIFIED: 9/13/04