**UNITED STATES DISTRICT COURT** FILED
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| THE HARTFORD COURANT COMPANY | : | CIVIL ACTION NO. 3:03CV313(RNC) |
| | : | |
| Plaintiff, | : | Cam U.S. DISTRICT COURT |
| | : | HARTFORD, CT. |
| AMERICAN LAWYER MEDIA, INC. d/b/a THE CONNECTICUT LAW TRIBUNE | : | |
| | : | |
| Intervening Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSEPH PELLEGRINO, CHIEF COURT ADMINISTRATOR and WILLIAM J. SULLIVAN, CHIEF JUSTICE | : | |
| | : | |
| Defendants. | : | JANUARY 13, 2005 |

**REPORT OF PARTIES' PLANNING MEETING**

March 7, 2005    **The Hartford Courant Co. v. Joseph Pellegrino,** FILED
                 **et al., Case No. 3:03-CV-313(RNC)**

                                                              2005 MAR -7 P 2: 14

Re: Form 26(f) Report of Parties' Planning Meeting [Doc. #51]

Treating this as a motion to adopt the parties' proposed case management plan, the motion is hereby granted.  Discovery will be conducted in phases.  Written discovery will commence within two weeks after entry of this order.  Each party will serve objections to discovery requests within 30 days after the requests are received.  Motions to compel will be filed and served within 30 days after receipt of the objections.  Dates for completing additional discovery and other pretrial activities will be established after the Court rules on any objections and motions to compel with regard to the initial written discovery requests.  So ordered.

_____
Robert N. Chatigny, U.S.D.J.