UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

===============================x
The Hartford Courant Company            :   Civil Action No.
                                        :   3:03CV 0313 (RNC)
    Plaintiff,                          :
                                        :
American Lawyer Media, Inc.             :
d/b/a The Connecticut Law Tribune       :
                                        :
    Intervening Plaintiff,              :
                                        :
v.                                      :
                                        :
Joseph Pellegrino,                      :
Chief Court Administrator, and          :
William J. Sullivan, Chief Justice,     :
                                        :
    Defendants.                         :   MARCH 10, 2005
===============================x

## MOTION FOR PARTIAL SUMMARY JUDGMENT

The defendants, Joseph Pellegrino, Chief Court Administrator, and William J. Sullivan, Chief Justice, move pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56 for partial summary judgment in their favor. The defendants assert that summary judgment should enter in their favor on the plaintiffs' claims relating to the "Level 1" cases. In support of this motion, the defendants attach (1) a memorandum in

{W1344644;3}

support of motion for partial summary judgment; (2) the affidavit of Aaron Ment; and (3) defendants' Local Rule 56(a)1 statement.

                            THE DEFENDANTS,

BY: _____
Maureen Danehy Cox
Federal Bar # ct05499
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email:  mcox@carmodylaw.com

{W1344644;3}

2

CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

## CERTIFICATION OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on the following counsel of record by first class mail, postage prepaid this 10th day of March, 2005.

Paul Guggina, Esq.
Tyler Cooper & Alcorn
CityPlace I – 35th Floor
185 Asylum Street
Hartford, CT  06103-3488
Phone:  860 725-6200
Fax:  860 278-3802

Daniel J. Klau, Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT  06103

_____
Maureen Danehy Cox

{W1344644;3}

3

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200