UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

===============================x
The Hartford Courant Company        :    Civil Action No.
                                    :    3:03CV 0313 (RNC)
    Plaintiff,                     :
                                    :
American Lawyer Media, Inc.         :
d/b/a The Connecticut Law Tribune   :
                                    :
    Intervening Plaintiff,         :
                                    :
v.                                  :
                                    :
Joseph Pellegrino,                  :
Chief Court Administrator           :
                                    :
v.                                  :
                                    :
Joseph Pellegrino,                  :
Chief Court Administrator, and      :
William J. Sullivan, Chief Justice, :
                                    :
    Defendant.                     :    MARCH 10, 2005
===============================x

## DEFENDANTS' LOCAL RULE 56(a)1 STATEMENT

1.    During a telephone conference conducted on September 22, 2004, this Court ordered the defendants to provide the Court, for its *in camera* review, with

{N0728172}

CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law   Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

either a sealing order or a docket sheet for each of the forty-two (42) Level 1 cases. (Transcript of September 22, 2004 telephone conference, *passim;* October 13, 2004 in-court conference at p.20-21.)

2. By cover letter dated September 28, 2004, Judge Aaron Ment provided the Court with the results of his review of the forty-two (42) Level 1 cases. (Affidavit of Judge Aaron Ment at ¶ 4.)

3. On October 22, 2004, the Court conducted an in-court conference of the parties wherein the Court acknowledged that the defendants had complied with its September 22, 2004 order. (Transcript of October 13, 2004 in-court conference at p. 21.)

4. At the October 22, 2004 in-court conference, the attorney for the intervening plaintiff, Daniel Klau, stated, "I think this is a question of law for the court to decide what the order meant when it used the term 'seal the file.'" Transcript of October 13, 2004 in-court conference at p.22- 23.

5. By letter to the court dated October 25, 2004, counsel for the Hartford Courant, writing on behalf of both plaintiffs, stated, "the intent of a judge in entering a sealing order should be determined from the language of the sealing order itself."

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

THE DEFENDANTS,

BY: _____
Maureen Danehy Cox
Federal Bar # ct05499
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT  06721-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: mcox@carmodylaw.com

{N0728172}    3

CARMODY & TORRANCE LLP    50 Leavenworth Street
Attorneys at Law          Post Office Box 1110
                          Waterbury, CT 06721-1110
                          Telephone: 203 573-1200

### CERTIFICATION OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on the following counsel of record by first class mail, postage prepaid this 10th day of March, 2005.

Paul Guggina, Esq.
Tyler Cooper & Alcorn
CityPlace I – 35th Floor
185 Asylum Street
Hartford, CT 06103-3488
Phone: 860 725-6200
Fax: 860 278-3802

Daniel J. Klau, Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT 06103

_____
Maureen Danehy Cox

{N0728172}                              4