# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY | : CIVIL ACTION NO.<br>: 3:03CV0313 (RNC) |
| Plaintiff, | : |
| AMERICAN LAWYER MEDIA, INC.<br>d/b/a THE CONNECTICUT LAW<br>TRIBUNE | : |
| Intervening Plaintiff, | : |
| v. | : |
| JOSEPH PELLEGRINO,<br>CHIEF COURT ADMINISTRATOR and<br>WILLIAM J. SULLIVAN,<br>CHIEF JUSTICE | : |
| Defendants. | : FEBRUARY 23, 2005 |

### AFFIDAVIT OF JUDGE AARON MENT IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Aaron Ment, being first duly sworn, do hereby depose and say:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I have personal knowledge of the facts contained in this affidavit.

{N0728198;2}



3. I am a Judge Trial Referee with the State of Connecticut Superior Court.

4. In accordance with the court's September 22, 2004 telephone conference with the parties, by cover letter dated September 28, 2004, I provided Judge Chatigny with the results of my review of the forty-two (42) superior court cases sealed at Level 1.

_____
Aaron Ment

STATE OF CONNECTICUT)
                            )   ss: Hartford
COUNTY OF __Hartford__ )

Subscribed and sworn to before me
this _23_ day of February, 2005.

_____
Melissa A. Farley
Commissioner of the Superior Court

{N0728198;2}