## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

THE HARTFORD COURANT
COMPANY

    Plaintiff,

AMERICAN LAWYER MEDIA, INC.
d/b/a THE CONNECTICUT LAW
TRIBUNE

    Intervening Plaintiff,

v.

WILLIAM J. SULLIVAN,
CHIEF JUSTICE and
JOSEPH PELLEGRINO
CHIEF COURT ADMINISTRATOR

    Defendants.

CIVIL ACTION NO. 3:03CV0313 (RNC)

MARCH 30, 2005

## MOTION FOR ADMISSION OF ATTORNEYS DAVID A. SCHULZ AND JEANETTE M. BEAD AS VISITING ATTORNEYS

TO THE HONORABLE ROBERT N. CHATIGNY, U.S.D.J.:

Pursuant to Local Rule of Civ. Proc. 83.1(d), counsel for Plaintiff, The Hartford Courant Company (the "Courant"), respectfully moves this Court to permit the appearance *pro hac vice* of David A. Schulz, of LEVINE SULLIVAN KOCH & SCHULZ, L.L.P., 230 Park Avenue, New York, NY 10168, and Jeanette M. Bead, of LEVINE SULLIVAN KOCH & SCHULZ, L.L.P., 1050 17th Street, N.W., Washington, D.C. 20036, on behalf of the Courant. In support of this Motion, plaintiff respectfully represents to the Court the following:

    1.    Principal counsel for the Courant in this matter has been Ralph Elliot, who recently passed away. His associate, Paul Guggina, an attorney with the firm Tyler Cooper & Alcorn, LLP, in Hartford, Connecticut, had assisted Attorney Elliot in this matter and is presently an attorney of record for the Courant. He is a member of the Bar of this District.

2.    The Courant requests that David A. Schulz and Jeanette M. Bead also be permitted to represent it in this matter. Attorneys Schulz and Bead and their firm have an existing relationship with Courant, and have a prior familiarity with this action. Mr. Schulz argued on behalf of *amici curiae* in the Court of Appeals.

3.    As stated in the attached Affidavit of David A. Schulz, attached hereto as <u>Exhibit A</u>, Attorney Shulz is a member in good standing of the Bars of the State of New York and the District of Columbia. He is a graduate of Yale Law School and has been a litigator for the past 26 years. He has never been denied admission or disciplined by any court.

4.    As stated in the attached Affidavit of Jeanette M. Bead, attached hereto as <u>Exhibit B</u>, Attorney Bead is a member in good standing of the Bars of the Commonwealth of Pennsylvania and the District of Columbia. She is a graduate of Yale Law School and has been a litigator for the past six years. She has never been denied admission or disciplined by any court.

5.    The $25.00 fee required by Local Rule of Civ. Proc. 83.1(d) for each admission *pro hac vice* has been tendered to this Court.

WHEREFORE, The Hartford Courant Company respectfully requests that this Court grant David A. Schulz and Jeanette M. Bead permission to appear *pro hac vice* in this matter.

RESPECTFULLY SUBMITTED,

By:_____
Paul Guggina
Federal Bar No. ct23409
Tyler Cooper & Alcorn, LLP
City Place 1, 185 Asylum Street
Hartford, CT 06103-6207
(860) 725-6239
FAX: (860) 278-3802
pguggina@tylercooper.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THE HARTFORD COURANT
COMPANY
        Plaintiff,

AMERICAN LAWYER MEDIA, INC.
d/b/a THE CONNECTICUT LAW
TRIBUNE

        Intervening Plaintiff,

v.

WILLIAM J. SULLIVAN,
CHIEF JUSTICE and
JOSEPH PELLEGRINO
CHIEF COURT ADMINISTRATOR

        Defendants.

CIVIL ACTION NO. 3:03CV0313 (RNC)

MARCH 29, 2005

## AFFIDAVIT OF DAVID A. SCHULZ IN SUPPORT OF
## MOTION FOR ADMISSION AS A VISITING ATTORNEY

STATE OF NEW YORK      )
                           : ss.:
COUNTY OF NEW YORK    )

    I, David A. Schulz, being first duly sworn, do hereby depose and say:

    1.    I am a member of Levine Sullivan Koch & Schulz, L.L.P. My contact information is as follows:

> David A. Schulz, Esq.
> Levine Sullivan Koch & Schulz, L.L.P.
> 230 Park Avenue, Suite 1160
> New York, NY 10169
> (212) 850-6100 (telephone)
> (212) 850-6299 (facsimile)
> dschulz@lskslaw.com

**EXHIBIT A**

2.    I am an attorney in good standing of the Bar of State of New York. I am admitted to practice in all state and federal courts of the State of New York and the District of Columbia. I am also admitted to practice before the Supreme Court of the United States, the United States Courts of Appeals for the Second, Third, Fourth and District of Columbia Circuits.

3.    I have not been denied admission or disciplined by this Court or any other court.

4.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

David A. Schulz

Subscribed and sworn to before me
this 28th day of March 2005.

Notary Public

LISAMARIE APPE
Notary Public, State of N
No. 01AP4869703
Qualified in Richmond C
Certificate Filed in New Yo
Commission Expires Sept. ʌ ᴛⁱᵒ06

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

THE HARTFORD COURANT
COMPANY                                     :
                                            :
        Plaintiff,                          :
                                            :
                                            :       CIVIL ACTION NO. 3:03CV0313 (RNC)
AMERICAN LAWYER MEDIA, INC.                 :
d/b/a THE CONNECTICUT LAW                   :
TRIBUNE                                     :
                                            :
        Intervening Plaintiff,              :
                                            :
v.                                          :
                                            :
WILLIAM J. SULLIVAN,                        :
CHIEF JUSTICE and                           :
JOSEPH PELLEGRINO                           :
CHIEF COURT ADMINISTRATOR                   :
                                            :
        Defendants.                         :       MARCH 29, 2005


## AFFIDAVIT OF JEANETTE M. BEAD IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING ATTORNEY

CITY OF WASHINGTON         )
                           ) ss.
DISTRICT OF COLUMBIA       )

I, Jeanette M. Bead, being first duly sworn, do hereby depose and say:

1.      I am an associate with Levine Sullivan Koch & Schulz, L.L.P.  My contact information is as follows:

> Jeanette M. Bead, Esq.
> Levine Sullivan Koch & Schulz, L.L.P.
> 1050 17th Street, N.W., Suite 800
> Washington, D.C. 20036
> (202) 508-1100 (telephone)
> (212) 861-9888 (facsimile)
> jbead@lskslaw.com


**EXHIBIT B**

2.    I am an attorney in good standing of the Bar of the District of Columbia, and am admitted to practice in the courts of the District of Columbia, the courts of the Commonwealth of Pennsylvania, the United States District Court for the District of Columbia and the United States District Court for the Eastern District of Pennsylvania

3.    I have not been denied admission or disciplined by this Court or any other court.

4.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Jeanette M. Bead

Subscribed and sworn to before me
this 2<u>9th</u> day of <u>March</u> , 2005.

_____
Notary Public

CARRIE L. WASHINGTON
Notary Public, District of Columbia
My Commission Expires May 14, 2009

2