UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY : | CIVIL ACTION NO. 3:03CV0313 (RNC) |
| : | |
| Plaintiff, : | |
| : | |
| AMERICAN LAWYER MEDIA, INC. : | |
| d/b/a THE CONNECTICUT LAW : | |
| TRIBUNE : | |
| : | |
| Intervening Plaintiff, : | |
| : | |
| v. : | |
| : | |
| WILLIAM J. SULLIVAN, : | |
| CHIEF JUSTICE and : | |
| JOSEPH PELLEGRINO : | |
| CHIEF COURT ADMINISTRATOR : | |
| : | |
| Defendants. : | |

### ORDER ADMITTING ATTORNEY DAVID A. SCHULZ AND JEANETTE M. BEAD AS VISITING ATTORNEYS

UPON CONSIDERATION OF The Hartford Courant Company's Motion for Admission of Attorneys David A. Schulz and Jeanette M. Bead as Visiting Attorneys, and the record of this case, the motion is hereby GRANTED, and it is

SO ORDERED, at Hartford, Connecticut this _____ day of _____ 2005.

_____
United States District Judge

## CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 30th day of March, 2005, to:

>Maureen Danehy Cox, Esq.
>Carmody & Torrance LLP
>50 Leavenworth Street
>P.O. Box 1110
>Waterbury, CT 06721-1110
>Counsel for Defendants
>
>Daniel J. Klau, Esq.
>Pepe & Hazard
>225 Asylum Street
>Hartford, CT 06103
>Counsel for Intervening Plaintiff
>American Lawyer Media, Inc.
>d/b/a The Connecticut Law Tribune

By_____
Paul Guggina
Federal Bar No. ct23409