# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

The Hartford Courant Company et ano.,

    Plaintiffs,

v.

Joseph Pellegrino et ano.,

    Defendants.

**APPEARANCE**

CASE NUMBER: 3:03 CV0313 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

The Hartford Courant Company

---

April 7, 2005
Date

phv0218
Connecticut Federal Bar Number

202-508-1100
Telephone Number

202-861-9888
Fax Number

jbead@lskslaw.com
E-mail address

*(Signature)*

Jeanette Melendez Bead
Print Clearly or Type Name

1050 17th Street, N.W., Suite 800
Address

Washington, DC 20036

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Maureen Danehy Cox, Esq.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Counsel for Defendants

Daniel J. Klau, Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT 06103
Counsel for Intervening Plaintiff
American Lawyer Media, Inc.
d/b/a The Connecticut Law Tribune

*(Signature)*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24