# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Hartford Courant Co., et ano,
      Plaintiffs
v.

Joseph Pellegrino, et ano,
      Defendants

APPEARANCE

CASE NUMBER: 3:03cv00313 (RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Plaintiff, Hartford Courant Company

Date: April 7, 2005

Connecticut Federal Bar Number: ct15417

Telephone Number: (212) 850-6103

Fax Number: (212) 850-6299

E-mail address: dschulz@lskslaw.com

Signature: David A. Schulz

Print Clearly or Type Name: DAVID A. SCHULZ

Address: Levine Sullivan Koch + Schulz, L.L.P.
230 Park Avenue, Suite 1160
New York, NY 10169

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Maureen Danehy Cox, Esq.
Carmody & Torrance LLP
50 Leavenworth Street
P.O. Box 1110
Waterbury, CT 06721-1110
Counsel for Defendants

Daniel J. Klau, Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT 06103
Counsel for Intervening Plaintiff
American Lawyer Media, Inc.
d/b/a The Connecticut Law Tribune

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24