UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THE HARTFORD COURANT COMPANY | : | CIVIL ACTION NO. 3:03CV0313 (RNC) |
| Plaintiff, | : | |
| AMERICAN LAWYER MEDIA, INC. d/b/a THE CONNECTICUT LAW TRIBUNE | : | |
| Intervening Plaintiff, | : | |
| v. | : | |
| JOSEPH PELLEGRINO, CHIEF COURT ADMINISTRATOR and WILLIAM J. SULLIVAN, CHIEF JUSTICE | : | |
| Defendants. | : | MAY 23, 2005 |

### PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Pursuant to Fed.R.Civ.P. 37 and Local Rule 37, plaintiff The Hartford Courant Company and intervening plaintiff American Lawyer Media, Inc. d/b/a The Connecticut Law Tribune (together, "plaintiffs"), move for an order compelling defendants to make the disclosures set forth in Plaintiffs' First Set of Interrogatories and Requests for Production, dated March 21, 2005. The reasons in support of this motion are set forth in the accompanying memorandum of law. Also accompanying this motion is a declaration certifying that counsel has attempted, unsuccessfully, to confer with defendants' counsel to resolve this discovery dispute.

WHEREFORE, plaintiffs respectfully request the Court grant their Motion to Compel Discovery for the reasons stated in the accompanying memorandum of law.

Respectfully submitted,

May 23, 2005

PLAINTIFF,

THE HARTFORD COURANT COMPANY

By: _/s/ David A. Schulz / SJK_
David A. Schulz
Federal Bar No. ct15417
Levine Sullivan Koch & Schulz, L.L.P.
230 Park Avenue, Suite 1160
New York, NY 10169
Tel: (212) 850-6103
Fax: (212) 850-6299
dschulz@lskslaw.com

*Of Counsel:*
David S. Bralow, Esq.
Tribune Company
220 E. 42d Street, Suite 400
New York, NY 10017
Tel: (212) 210-2885
Fax: (212) 210-2883

Paul Guggina, Esq.
Federal Bar No. ct23409
Tyler Cooper & Alcorn
CityPlace – 35th Floor
Hartford, CT 06103-3488
Tel: (860) 725-6200
Fax: (860) 278-3802
pguggina@tylercooper.com

INTERVENING PLAINTIFF,

AMERICAN LAWYER MEDIA, INC.
d/b/a CONNECTICUT LAW TRIBUNE

By: _/s/ Daniel J. Klau_
Daniel J. Klau
Federal Bar No. ct17957
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel. (860) 522-5175
Fax: (860) 522-2796
dklau@pepehazard.com

## **CERTIFICATION**

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed via first class mail, postage prepaid, this 23rd day of May, 2005, to:

>Maureen Danehy Cox, Esq.
>Carmody & Torrance LLP
>50 Leavenworth Street
>P.O. Box 1110
>Waterbury, CT 06721-1110

Counsel for Defendants

By _____
Daniel J. Klau
Federal Bar No. ct17957

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY : | CIVIL ACTION NO. 3:03CV0313 (RNC) |
| : | |
| Plaintiff, : | |
| : | |
| AMERICAN LAWYER MEDIA, INC. : | |
| d/b/a THE CONNECTICUT LAW : | |
| TRIBUNE : | |
| : | |
| Intervening Plaintiff, : | |
| : | |
| v. : | |
| : | |
| JOSEPH PELLEGRINO, : | |
| CHIEF COURT ADMINISTRATOR and : | |
| WILLIAM J. SULLIVAN, : | |
| CHIEF JUSTICE : | |
| : | |
| Defendants. : | |

## DECLARATION OF DANIEL J. KLAU, ESQ.

I, Daniel J. Klau, hereby declare:

1. I am a partner in the law firm of Pepe & Hazard LLP. I have personal knowledge of the facts stated herein.

2. On March 21, 2005, I served upon defendants Plaintiffs' First Set of Interrogatories and Requests for Production.

3. On April 20, 2005, I received Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories and Requests for Production. Defendants objected to most of the discovery requests on the grounds that, *inter alia*, the discovery requests sought information or documents sealed pursuant to judicial orders or statutory authority.

4.  By teleconference on May 20, 2005 counsel for the parties conferred in good faith in an effort to avoid the necessity of seeking this Court's intervention.

5.  In accordance with Local Rule 37, I certify that counsel for the Hartford Courant Company and I conferred with the defendants' counsel for the purpose of seeking a good faith resolution of the discovery issues outlined in the accompanying Motion to Compel, but those attempts have been unsuccessful.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Executed by me this 23 day of May, 2005.

Daniel J. Klau

2