UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| THE HARTFORD COURANT CO., ET AL. | : | 2006 FEB 14  P 3: 43 |
| Plaintiffs, | : | |
| | : | |
| v. | : | CASE NO. 3:03-CV-313 (RNC) |
| | : | |
| JOSEPH PELLEGRINO, ET AL. | : | |
| | : | |
| Defendants. | : | |

## REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Thomas P. Smith for the following:

____  To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

____  To supervise discovery and resolve discovery disputes;

____  A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B);

_X_  To conduct settlement conferences;

____  To conduct a prefiling conference;

____  To assist the parties in preparing a joint trial memorandum;

____  A ruling on the following pending motions:

_____

_____

So ordered.

Dated at Hartford, Connecticut this 14th day of February 2006.

_____
Robert N. Chatigny
United States District Judge