UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

================================x
The Hartford Courant Company          :   Civil Action No.
                                       :   3:03CV 0313 (RNC)
    Plaintiff,                         :
                                       :
American Lawyer Media, Inc.           :
d/b/a The Connecticut Law Tribune     :
                                       :
    Intervening Plaintiff,            :
                                       :
v.                                     :
                                       :
Joseph Pellegrino,                    :
Chief Court Administrator, and        :
William J. Sullivan, Chief Justice,   :
                                       :
    Defendants.                        :   FEBRUARY 16, 2006
================================x

### ENTRY OF APPEARANCE

Please enter the Appearance of the undersigned, James K. Robertson, on behalf of the defendants, Joseph Pellegrino, Chief Court Administrator, and William J. Sullivan, Chief Justice. This appearance is in addition to the appearance of Maureen Danehy Cox in this matter.

                                                  /s/ James K. Robertson, Jr.
                                                  James K. Robertson, Jr.
                                                  Federal Bar # ct05301
                                                  Carmody & Torrance LLP
                                                  50 Leavenworth Street
                                                  P.O. Box 1110
                                                  Waterbury, CT  06721-1110
                                                  Phone: (203) 573-1200
                                                  Fax: (203) 575-2600
                                                  Email:  jrobertson@carmodylaw.com

## CERTIFICATION OF SERVICE

The undersigned certifies that a copy of the foregoing has been served on the following counsel of record by first class mail, postage prepaid this 16th day of February, 2006.

Paul Guggina, Esq.
Tyler Cooper & Alcorn
CityPlace I – 35th Floor
185 Asylum Street
Hartford, CT  06103-3488
Phone:  860 725-6200
Fax:  860 278-3802

Daniel J. Klau, Esq.
Pepe & Hazard
225 Asylum Street
Hartford, CT  06103
Phone:  860 522-5175
Fax:  860 522-2796

Jeannette M. Bead, Esq.
Levine Sullivan Koch & Schulz LLP-DC
1050 17th Street, NW
Suite 800
Washington, DC  2003
Phone:  202 508-1134
Fax:  202-861-9888

David A. Schulz, Esq.
Levine Sullivan Koch & Schulz LLP-NY
230 Park Avenue, Suite 1160
New York, NY  10169
Phone:  212 850-6103
Fax:  212 850-6299

_____
James K. Robertson, Jr.

{W4050094}
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200