UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HARTFORD COURANT COMPANY | : CIVIL ACTION NO. 3:03CV0313 (RNC) |
| Plaintiff, | |
| AMERICAN LAWYER MEDIA, INC. d/b/a THE CONNECTICUT LAW TRIBUNE | |
| Intervening Plaintiff, | |
| v. | |
| WILLIAM J. LAVERY, CHIEF COURT ADMINISTRATOR, and DAVID M. BORDEN, SENIOR ASSOCIATE JUSTICE OF THE CONNECTICUT SUPREME COURT ACTING PURSUANT TO C.G.S.§ 51-3. | |
| Defendants. | : JUNE 6, 2006 |

**SETTLEMENT AGREEMENT AND
STIPULATION OF DISMISSAL**

The parties agree and do hereby stipulate to dismissal of this action, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure upon the following terms and conditions:

1. The Chief Court Administrator shall cause all of the approximately forty (40) cases that are presently known to be subject to "Level 1" sealing, or that later become known to be subject to "Level 1" sealing (the "Level 1 Cases"), to be transferred for all

{W1430197}
DJK/32401/2/771320v2
06/01/06-HRT
CARMODY & TORRANCE LLP   50 Leavenworth Street
Attorneys at Law                         Post Office Box 1110
                                                  Waterbury, CT 06721-1110
                                                  Telephone: 203 573-1200

purposes to a single Superior Court judge in accordance with General Statutes § 51-347a. The Level 1 Cases shall be companionized, with each case being assigned an individual reference number ("IRN") that shall be disclosed to Plaintiffs.

2. The judge to whom the Level 1 Cases are transferred shall retain the cases for all purposes and shall have authority to rule on the merits of any and all motions, including motions by Plaintiffs to intervene and to obtain access to unredacted dockets or other records. If their motions are denied to any extent, Plaintiffs shall be afforded all appellate rights provided by the Connecticut General Statutes and Rules of Court.

3. The within action is dismissed with prejudice.

4. Plaintiffs reserve their contention that they have an affirmative right to inspect the full, unredacted docket sheets in all cases currently pending before the courts of Connecticut that are designated for "Level 1" or "Level 2" sealing. Defendants reserve their contention that they do not have the authority, in their administrative capacities, to modify or overturn sealing orders that have been entered by Superior Court judges.

5. The terms and conditions of this Stipulation shall not be confidential.

6. Plaintiffs and Defendants both hereby waive any rights whatsoever that they may have to recover attorneys' fees or costs in the within action.

{W1430197}2

DJK/32401/2/771320v2
06/01/06-HRT/
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200

THE HARTFORD COURANT COMPANY


By _____          Dated: June 2, 2006
David A. Schulz (*pro hac vice*)
Levine Sullivan Koch & Schulz, L.L.P.
230 Park Avenue, Suite 230
New York, NY 10169
Tel.: (212) 850-6100
Fax: (212) 850-6299


AMERICAN LAWYER MEDIA, INC.
d/b/a THE CONNECTICUT LAW TRIBUNE


By _____          Dated: June 5, 2006
Daniel J. Klau
Federal Bar No. ct17957
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302
Tel.: (860) 241-2627
Fax: (860) 522-2796

WILLIAM J. LAVERY,
CHIEF COURT ADMINISTRATOR, and
DAVID M. BORDEN,
SENIOR ASSOCIATE JUSTICE OF
THE CONNECTICUT SUPREME COURT
ACTING PURSUANT OT C.G.S.§51-3

By *[signature]*     Dated: June 5, 2006
James K. Robertson, Jr.
Federal Bar No.ct05301
Carmody & Torrance LLP
50 Leavenworth Street
Waterbury, CT 01621-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: jrobertson@carmodylaw.com

and

By *[signature]*     Dated: June 5, 2006
Maureen Danehy Cox
Federal Bar No.ct05499
Carmody & Torrance LLP
50 Leavenworth Street
Waterbury, CT 01621-1110
Phone: (203) 573-1200
Fax: (203) 575-2600
Email: mcox@carmodylaw.com

So Ordered, this 6th day of June, 2006.

_____
Hon. Robert N. Chatigny
United States District Judge

DJK/32401/2/771320v2
06/01/06-HRT
CARMODY & TORRANCE LLP
Attorneys at Law
50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200